**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **BRUCE PULCHALSKI,** | : | |
| **Plaintiff** | : | No. 1:15-cv-01365 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **FRANKLIN COUNTY,** | : | (Magistrate Judge Carlson) |
| **Defendant** | : | |

**ORDER**

Before the Court is the September 27, 2016 Report and Recommendation of Magistrate Judge Carlson. (Doc. No. 43.) No objections have been filed. Accordingly, on this 22nd day of November, 2016, upon independent review of the record and the applicable law, **IT IS HEREBY ORDERED THAT**:

1. The Court adopts the Report and Recommendation of Magistrate Judge Carlson (Doc. No. 43);

2. Defendant's motion to dismiss (Doc. No. 29), is **GRANTED IN PART AND DENIED IN PART**. Defendant's motion to dismiss is granted with respect to Plaintiff's claim for punitive damages and is denied in all other respects;

3. The above-captioned action is referred back to Magistrate Judge Carlson for further pre-trial management.

                                                           s/ Yvette Kane
                                                           Yvette Kane, District Judge
                                                           United States District Court
                                                           Middle District of Pennsylvania